# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOZLY TECH LLC, § § | |
| Plaintiff, § § | |
| vs. § | Case No: 2:17-cv-446-JRG |
| § § | |
| HUBSPOT, INC. § § | |
| Defendant. § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Mozly Tech LLC's motion to dismiss without prejudice Defendant Hubspot, Inc. pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) (Dkt. No. 7). Therefore, IT IS **ORDERED** that Plaintiff's claims against Defendant Hubspot, Inc. are **DISMISSED WITHOUT PREJUDICE** and with each party to bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 21st day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE